**Ronnie Clearace HEADEN, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

**No. 01–6210.**

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Ronnie Clearace Headen, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Ronnie C. Headen seeks to appeal the magistrate judge's * order denying relief

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp.2000).

on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Headen's motion for appointment of counsel on appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the magistrate judge. *See Headen v. Angelone,* No. CA–00–672–2 (E.D.Va. Jan. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*